```
                    FILED
                    June 30, 2008
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                    CALIFORNIA
                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                         )     Case No. 2:08-mj-217 KJM
          Plaintiff,       )
v.                                    )     ORDER FOR RELEASE
                                         )     OF PERSON IN CUSTODY
Elizabeth Carrion,              )
                                         )
          Defendant.      )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  Elizabeth Carrion  Case 2:08-mj-217 KJM

_ from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

         _      Release on Personal Recognizance

         _      Bail Posted in the Sum of _____

         X      Unsecured bond in the amount of 75,000, co-signed by defendant's

                 brother by 7/1/08

         _      Appearance Bond with 10% Deposit

         _      Appearance Bond secured by Real Property

         _      Corporate Surety Bail Bond

         X      (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/30/08       at    2:21 p.m.

                                        By      _____
                                                   Kimberly J. Mueller,
                                                    United States Magistrate Judge