BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
Elizabeth Carrion

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-08-318 LKK |
| | ) | |
| Plaintiff, | ) | ORDER RE WAIVER OF PERSONAL APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| ELIZABETH CARRION, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, trial confirmation, empaneling of jury, or imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of hers that the Court may permit pursuant to this waiver;  agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day that the Court may fix in her absence.

DATED: August 11, 2008           /S/
                                 ELIZABETH CARRION
                                 Original in Attorney's File

APPROVED:

DATED: August 11, 2008           /S/ Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Elizabeth Carrion

1

IT IS SO ORDERED.

DATED: August 29, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT