```
BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2748
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-00318 LKK |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONALLY IDENTIFYING INFORMATION |
| v. | |
| ELIZABETH CARRION, ANGELITO EVANGELISTA, ARTHUR EVANGELISTA, and ROMMEL ANTOLIN, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Russell L. Carlberg, Assistant U.S. Attorney, representing plaintiff United States of America; Bruce Locke, Esq., representing defendant Elizabeth Carrion; Dwight M. Samuel, Esq., representing defendant Angelito Evangelista; and Carl E. Larson, Esq., representing defendant Rommel Antolin, that the documents provided as discovery in this case to defense counsel are subject to a Protective Order.  Defendants are charged with mail fraud and engaging in a monetary transaction involving more than $10,000 in criminally derived property.  The parties agree that discovery in this case contains "Protected

1  Information," which is defined here as including victim and
2  witness social security numbers, driver license numbers, dates of
3  birth, addresses, telephone numbers, and email addresses.  This
4  Protective Order extends to all documents provided in this case,
5  including those concerning conduct not directly charged in the
6  indictment or superseding indictment.
7       By signing this Stipulation and Protective Order, defense
8  counsel agree not to share any documents that contain Protected
9  Information with anyone other than defense counsel and their
10 designated defense investigators and support staff.  Defense
11 counsel may permit the defendants to view the documents in the
12 presence of their attorney, defense investigators and support
13 staff, so long as defense counsel, defense investigators and
14 support staff do not allow the defendants to copy Protected
15 Information contained in the discovery, and defense counsel,
16 defense investigators, and support staff do not allow the
17 defendants to retain unredacted copies of these records.
18      In the event that the defendants substitute counsel,
19 undersigned defense counsel agree to withhold documents
20 containing Protected Information from new counsel unless and
21 until substituted counsel agree also to be bound by this order.
22 DATE: June 3, 2010
23                              /s/ Bruce Locke
                                BRUCE LOCKE
24                              Attorney for Elizabeth Carrion
25 ///
26 ///
27 ///
28 ///

2

```
 1  DATE: May 24, 2010
 2                                      /s/ Dwight M. Samuel
                                        DWIGHT M. SAMUEL
 3                                      Attorney for Angelito Evangelista
 4
 5  DATE: 5-25-10
 6                                      /s/ Carl E. Larson
                                        CARL E. LARSON
 7                                      Attorney for Rommel Antolin
 8                                      (Signatures obtained by Attorney)
 9
10  DATE: May 24, 2010                  BENJAMIN B. WAGNER
                                        United States Attorney
11
12
                                        /s/ Russell L. Carlberg
13                                      RUSSELL L. CARLBERG
                                        Assistant U.S. Attorney
14
15
16
17                              **ORDER**
18       For good cause shown, the stipulation of counsel in criminal
19  case no. 2:08-cr-00318 LKK concerning Protected Information is
20  approved.
21       **IT IS SO ORDERED:**
22  DATED: June 7, 2010
23                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE
24                                      UNITED STATES DISTRICT COURT
25
26
27
28
```

3