1   CARL E. LARSON, Bar #48162
    Attorney at Law
2   9490 Golden Gate Avenue
    Orangevale, CA 95662
3   Telephone: (916) 989-9226

4   Attorney for Defendant
    ROMMEL ANTOLIN
5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )    Cr.S. 08-0318-LKK
                                )
12               Plaintiff,     )
                                )    **ORDER AFTER HEARING**
13    v.                        )
                                )
14  ROMMEL ANTOLIN, et al., 08  )
                                )
15                              )
                                )
16               Defendant.     )
    _____)

17

18       This matter came before the Court for a Status Conference on

19  October 5, 2010, in the courtroom of the Honorable Lawrence K. Karlton,

20  Senior United States District Judge.  The government was represented by

21  its counsel, Assistant United States Attorney, Russell Carlberg, and

22  defendants Elizabeth Carrion, represented by Carl Larson for attorney

23  Bruce Locke who was not present, Angelito Evangelista, represented by

24  Dwight Samuel, who was present,  Arthur Evangelista, represented by

25  Scott Cameron who was present and Rommel Antolin, represented by Carl

26  Larson who was present.  All defendants have a waiver of presence on

27  file and were not present in court.  A Further Status Conference was

28

1  set for December 7, 2010, at 8:30 a.m. in Courtroom 4.

2     Therefore, good cause appearing,

3     IT IS ORDERED that this matter be continued to December 7, 2010, at

4  8:30 a.m. for a Further Status Conference.

5     IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(7)(B)

6  (iv), the period from October 5, 2010, through and including December

7  7, 2010, is excluded from the time computations required by the Speedy

8  Trial Act due to ongoing preparation of counsel.

9

10  DATED: October 18, 2010

11                                        _____
                                          LAWRENCE K. KARLTON
12                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**