```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2748
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR NO. S-08-318 LKK
                                 )
12          Plaintiff,            )   ORDER SETTING TRIAL DATE
                                 )   AND EXCLUDING TIME
13      v.                       )
                                 )
14  ELIZABETH CARRION, et al.,   )
                                 )
15  _____Defendants,_____)
    _____)
16
```

17     On December 7, 2010, in the courtroom of the Honorable
18  Lawrence K. Karlton, United States District Judge, this matter
19  came on for a trial-setting status conference.  Russell L.
20  Carlberg, Assistant United States Attorney, appeared for the
21  United States.  Bruce L. Locke, Esq., appeared on behalf of
22  defendant Elizabeth Carrion.  Dwight M. Samuel, Esq., appeared on
23  behalf of defendant Angelito Evangelista.  Carl Larsen, Esq.,
24  appeared on behalf of his client, defendant Rommel Antolin, and
25  specially appeared for attorney Scott Cameron (who was in trial),
26  on behalf of defendant Arthur Evangelista.
27     After hearing from counsel their availability, the Court **set**
28  **the trial** of the matter for **June 14, 2011**, at 10:30 a.m., in

Courtroom No. 4, before the Honorable Lawrence K. Karlton. The Court also set the **trial confirmation hearing** for **May 24, 2011**, at 9:15 a.m., in Courtroom No. 4, before the Honorable Lawrence K. Karlton.

Regarding exclusion of time under the Speedy Trial Act, the Court makes the following findings. The government has provided in electronic format a total of approximately 25,000 pages of discovery. Additional time is needed to review these documents, and to investigate and to prepare the case for trial. Moreover, counsel have various scheduling conflicts, and the need for continuity of counsel outweighs an earlier trial date. Because it is a multi-defendant case involving a number of allegedly fraudulent mortgage loans, the previous designation of case complexity still applies.

Accordingly, the Court finds that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial, and time, therefore, will be excluded as to all defendants from December 7, 2010, through and including June 14, 2011, on the basis of reasonable preparation of defense counsel taking into account the exercise of due diligence, 18 U.S.C. § 3161 (h)(7)(B)(iv) (local code T-4), and case complexity, 18 U.S.C. § 3161 (h)(7)(B)(ii) (local code T-2).

IT IS SO ORDERED.

Dated: December 7, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2