1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   ELIZABETH CARRION
5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,      )   No.  CR. S-08-318 LKK
                                  )
12           Plaintiff,            )
                                  )   STIPULATION AND
13                                )   ORDER CONTINUING THE DATE FOR
       v.                         )   SENTENCING FROM JANUARY 10, 2012
14                                )    TO FEBRUARY 14, 2012
   ELIZABETH CARRION, et. al.,    )
15                                )
             Defendants.          )
16 _____)

17     The defendant, Elizabeth Carrion, and the United States, by and through their respective

18 attorneys, hereby stipulate that the Court should order that the date for sentencing currently set for

19 January 10, 2012  be continued to February 14, 2012.

20     According to defense counsel, Ms. Carrion is currently being treated for breast cancer by

21 chemotherapy and radiation and will soon be scheduled for surgery.  The government has requested

22 verification of the defendant's status.  In any event, the defense requires a continuance in order to

23 go over the PSR with Ms. Carrion and respond to it.

24 ///

25 ///

26 ///

27 ///

28 ///

29 ///

1  The Motion to correct the Pre-Sentence Report shall be filed no later than January 31, 2012
2  and the final Pre-Sentence Report shall be filed with Court no later than January 17, 2012.
3
4  DATED: December 19, 2011          /S/ Bruce Locke
                                     BRUCE LOCKE
5                                    Attorney for Elizabeth Carrion
6
   DATED: December 19, 2011          /S/ Bruce Locke
7                                    For RUSSELL CARLBERG
                                     Assistant United States Attorney
8
9
10     IT IS SO ORDERED.
11
   DATED: December 22, 2011
12
                                     _____
13                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
14                                   UNITED STATES DISTRICT COURT