BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ELIZABETH CARRION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELIZABETH CARRION, et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | No.  CR. S-08-318 LKK <br><br> STIPULATION AND <br> ORDER CONTINUING THE DATE FOR <br> SENTENCING FROM FEBRUARY 14, <br>  2012 TO MARCH 20, 2012 |

The defendant, Elizabeth Carrion, and the United States, by and through their respective attorneys, hereby stipulate that the Court should order that the date for sentencing currently set for February 14, 2012 be continued to March 20, 2012.

According to defense counsel, Ms. Carrion is currently being treated for breast cancer by chemotherapy and radiation and has recently had radical breast surgery. The defense has provided the government with medical records confirming the diagnosis and treatment. The defense requires a continuance in order to go over the PSR with Ms. Carrion and respond to it and to determine Ms. Carrions need for future treatment prior to responding to the PSR.

///

///

///

///

///

1

///

The informal objections to the Pre-Sentence Report shall be due February 14, 2012. The final Pre-Sentence Report shall be filed with Court no later than February 21, 2012. The Motion to Correct the Pre-Sentence Report shall be filed no later than March 6, 2012

DATED: January 19, 2012                    /S/ Bruce Locke
                                           BRUCE LOCKE
                                           Attorney for Elizabeth Carrion

DATED: January 19, 2012                    /S/ Bruce Locke
                                           For RUSSELL CARLBERG
                                           Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 23, 2012

                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT