BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ELIZABETH CARRION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR. S-08-318 LKK |
| Plaintiff, | |
| | STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM MARCH 20, 2012 TO APRIL 17, 2012 |
| v. | |
| ELIZABETH CARRION, | |
| Defendant. | |

The defendant, Elizabeth Carrion, and the United States, by and through their respective attorneys, hereby stipulate that the Court should order that the date for sentencing currently set for March 20, 2012 be continued to April 17, 2012.

According to defense counsel, Ms. Carrion is currently being treated for breast cancer by chemotherapy and radiation and has recently had radical breast surgery. The defense has provided the government with medical records confirming the diagnosis and treatment.  Ms. Carrion is also awaiting breast reconstruction surgery. The defense requires a continuance in order to go over the PSR with Ms. Carrion and respond to it and to determine Ms. Carrion's need for future treatment prior to responding to the PSR.

///

///

///

///

1

1    The informal objections to the Pre-Sentence Report shall be due March 6, 2012. The final
2 Pre-Sentence Report shall be filed with Court no later than March 20, 2012.  The Motion to Correct
3 the Pre-Sentence Report shall be filed no later than April 3, 2012.

DATED: February 21, 2012            /S/ Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Elizabeth Carrion

DATED: February 21, 2012            /S/ Bruce Locke
                                    For RUSSELL CARLBERG
                                    Assistant United States Attorney


   IT IS SO ORDERED.

DATED: February 23, 2012
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT