BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ELIZABETH CARRION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR. S-08-318 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING THE DATE FOR SENTENCING FROM   APRIL 17, 2012 TO JUNE 19, 2012 |
| ELIZABETH CARRION, ) | |
| Defendant. ) | |

The defendant, Elizabeth Carrion, and the United States, by and through their respective attorneys, hereby stipulate that the Court should order that the date for sentencing currently set for April 17, 2012 be continued to June 19, 2012.

Ms. Carrion is currently being treated for breast cancer with radiation and has recently had radical breast surgery. She will have reconstructive surgery in July of 2012 and follow-up surgery for further reconstructive procedures in the three months following July of 2012.  The defense has provided the government with medical records and Doctors' letters confirming the diagnosis and treatment. The defense requires a continuance in order to go over the PSR with Ms. Carrion and respond to it and to determine Ms. Carrion's need for future treatment prior to responding to the PSR.

///

///

///

The informal objections to the Pre-Sentence Report shall be due May 8, 2012. The final Pre-Sentence Report shall be filed with Court no later than May 22, 2012.  The Motion to Correct the Pre-Sentence Report shall be filed no later than June 5, 2012.

DATED: March 19, 2012                             /S/ Bruce Locke
                                                  BRUCE LOCKE
                                                  Attorney for Elizabeth Carrion


DATED: March 19, 2012                             /S/ Bruce Locke
                                                  For RUSSELL CARLBERG
                                                  Assistant United States Attorney


    IT IS SO ORDERED.

DATED: March 20, 2012
                                                  _____
                                                  LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT